Commonwealth *v.* Smith, Appellant.

Argued June 19, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

2

Before SHOYER, J., specially sitting, without a jury.

*Curtis C. Carson, Jr.,* for appellant.

*Martin M. Krimsky,* Assistant District Attorney, with him *Juanita Kidd Stout,* Assistant District Attorney, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, July 17, 1958:

The judgments of sentence of the court below are affirmed on the opinion of Judge SHOYER, specially sitting in the Court of Quarter Sessions of Philadelphia County, as reported in 13 Pa. D. & C. 2d 114.